MEMORANDUM **
Johnny Masli, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals’ (“BIA”) order dismissing his appeal from an immigration judge’s decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture (“CAT”). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, Nagoulko v. INS, 333 F.3d 1012, 1015 (9th Cir.2003), and we deny the petition for review.
The record does not compel the conclusion that changed circumstances excused the untimely filing of Masli’s asylum application. See 8 C.F.R. § 1208.4(a)(4); Ramadan v. Gonzales, 479 F.3d 646; 656-58 (9th Cir.2007) (per curiam). Accordingly, Masli’s asylum claim fails.
Substantial evidence supports the BIA’s denial of withholding of removal because Masli’s experiences of threats and a robbery did not rise to the level of past persecution, see Nagoulko, 333 F.3d at 1016-18, and Masli failed to demonstrate it is more likely than not he will be persecuted as a moderate Muslim or as an Americanized Indonesian, see Hoxha v. Ashcroft, 319 F.3d 1179, 1184-85 (9th Cir.2003).
Substantial evidence also supports the BIA’s determination that Masli is not entitled to CAT relief because he failed to establish it is more likely than not he will be tortured if he returns to Indonesia. See Wakkary v. Holder, 558 F.3d 1049, 1068 (9th Cir.2009).
PETITION FOR REVIEW DENIED.

 This disposition is not appropriate for publication and is not precedent except as provided by 9 th Cir. R. 36-3.